FILED

NOV 29 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-cr-02721-BEN-4 |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| RUFFO SANDOVAL (D4), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment as to this defendant in the above entitled case be dismissed, without prejudice and the arrest warrant recalled.

IT IS SO ORDERED.

DATED: 11/29/2016

_____
HONORABLE ROGER T. BENITEZ
United States District Judge